# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Tonya Lacenere, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:22-cv-02454-CAP-WEJ |
| v. ) | |
| ) | |
| Professional Finance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Tonya Lacenere, by and through undersigned counsel, hereby dismisses this action against Defendant, Professional Finance Company, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 2nd day of September, 2022.

                                                **BERRY & ASSOCIATES**

                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry
                                                Georgia Bar No.: 055663
                                                matt@mattberry.com
                                                Telephone: (404) 235-3334
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324

                                                *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Professional Finance Company, with adequate postage affixed thereto and addressed as follows:

Nick Prola
Professional Finance Company
c/o CT Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*